UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


COHESIVE TECHNOLOGIES, INC.,          )
     Plaintiff,                       )
                                      )
v.                                    )     CIVIL ACTIONS NOS.
                                      )     98-12308-DPW,
                                      )     99-11528-DPW, and
WATERS CORPORATION,                   )     01-12307-DPW
     Defendant.                       )
                                      )


## VERDICT REGARDING ANTICIPATION


Has Waters Corporation demonstrated by clear and convincing evidence that the Pretorius Patent (No. 3,493,497) discloses the following, arranged as in the claims of the Cohesive Patents at issue (Nos. 5,772,874 - claims 1, 3, 7, 9, 15, 16 and 20 - and 5,919,368 - claims 1, 3 and 8), in the practice of its invention:


1.   A chromatographic body formed as a substantially uniformly distributed multiplicity of particles?


     Answer "YES" OR "NO":                    *Yes*

-1-

2.    Particles that are porous?

Answer "YES" OR "NO":                                    Yes

3.    A means for injecting and a means for eluting?

Answer "YES" OR "NO":                                    Yes

4.    Particles having diameters within the range of about 30 to about 500 µm?

Answer "YES" OR "NO":                                    Yes

7/30/10
DATE

Brenda Berean
FOREPERSON

-2-