```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


COHESIVE TECHNOLOGIES, INC.,  )
                              )
             Plaintiff,       )    CIVIL ACTION NOS.
                              )    98-12308-DPW
v.                            )    99-11528-DPW and
                              )    01-12307-DPW
WATERS CORPORATION,           )
                              )
             Defendant.       )
```

## MEMORANDUM AND ORDER REGARDING RECUSAL
### June 18, 2012

As the result of the death of a family member last month and the pending settlement of the estate, I could be deemed to have a "financial interest," within the meaning of 28 U.S.C. § 455(b)(4), in each of the adverse parties to these proceedings. Consequently, in the absence of divestiture pursuant to 28 U.S.C. § 455(f), my recusal would be required in connection with this case. At least until the settlement of the decedent's estate, which is not anticipated to be completed until the end of this year, I would not be in a position to implement the divestiture remedy personally. However, having devoted substantial judicial time to this case, I requested the persons and entities responsible for investment of the assets of the deceased's estate to divest the estate of the financial interests implicated in this case and that has been done. Accordingly, I hereby provide

notice that it is my intention to continue to preside in this matter.

／s/ *Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE